■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAMON
RODRIGUEZ, Appellant.— In a *coram nobis* proceeding, defendant appeals from
an order of the Supreme Court, Queens County, dated April 6, 1967, which denied
his application without a hearing. Order affirmed. Defendant's claim, in sub-
stance, is that he could not understand the Spanish spoken by one of his court-
assigned attorneys, who frequently acted as interpreter, and that he was thus
denied the effective assistance of counsel and various procedural rights. In our
opinion, defendant's uncorroborated allegations were conclusively refuted by
the minutes of the entry of his guilty plea, at which time the official Spanish

interpreter was present and acted; and a hearing, therefore, was unnecessary (cf. *People* v. *Lofland,* 21 N Y 2d 746; *People* v. *Quinones,* 21 N Y 2d 885; *People* v. *Ortloff,* 21 N Y 2d 888). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.